IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

ANDRES VEGA SERRANO,                       *

            Petitioner,                    *

v.                                                          Case No.  4:26-cv-432-CDL-AGH

                                          *

Warden, STEWART DETENTION CENTER, *et al.*,                                              *

            Respondents.              *

_____

## **J U D G M E N T**

Pursuant to this Court's Order dated April 21, 2026, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case. Petitioner shall recover nothing of Respondents.

This 21st day of April, 2026.

                             David W. Bunt, Clerk


                             s/ Elizabeth S. Long, Deputy Clerk